# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00129-CV

**Texas Department of Family & Protective Services, Appellant**

**v.**

**M. E. and B. E., Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 433RD JUDICIAL DISTRICT
### NO. C2011-0351D, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On April 26, 2013, we abated this appeal to give appellant Texas Department of Family and Protective Services 60 days to take action to cure a jurisdictional defect. On May 1, 2013, appellant filed a motion to dismiss appeal. Appellant certifies that it has attempted to confer twice with appellees and the attorney ad litem and has not received any response. Accordingly, we reinstate the appeal, grant appellants' motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 42.3(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed:  May 16, 2013